# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE PATTERSON, | ) | |
| | ) | No.    11 C 7052 |
| Plaintiff, | ) | |
| | ) | JUDGE KENNELLY |
| vs. | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   Jon Loevy, Gayle Horn
       Loevy & Loevy
       312 N. May Street, Ste. 100
       Chicago, IL 60607

    **PLEASE TAKE NOTICE** that on December 2, 2011, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached.

    I hereby certify that I have served this notice and the attached documents by electronic means to the persons named above this 2nd day of December, 2011.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 744-9212
Attorney No. 06288408