IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 11 C 7052 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on this 16th day of December, 2011, I caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS GARZA, AMATO, DAVIS, MYLES, FORBERG, FOSTER, MICHAELS, NOLAN AND LEWIS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Filing** and **Defendants Garza, Amato, Davis, Myles, Forberg, Foster, Michaels, Nolan and Lewis' Answer, Defenses and Jury Demand to Plaintiff's Complaint** to be sent via the CM/ECF electronic filing system to the attorneys named above at the addresses therein shown on this 16th day of December, 2011.

Respectfully submitted,

/s/ Joseph M. Polick
JOSEPH M. POLICK
Chief Assistant Corporation Counsel

30 North LaSalle Street - Suite 900
Chicago, Illinois 60602
(312) 744-8335

**SERVICE LIST**

Jon Loevy
Gayle Horn
Loevy & Loevy
312 N. May Street - Suite 100
Chicago, Illinois  60607


Locke E. Bowman
Alexa Van Brunt
MacArthur Justice Center
Northwestern University School of Law
357 E. Chicago Avenue
Chicago, Illinois  60611


Megan K. McGrath
City of Chicago - Department of Law
30 N. LaSalle Street - Suite 900
Chicago, Illinois  60602


Rachel Jana Fleischmann
Marni Michelle Malowitz
Illinois Attorney General's Office
100 W. Randolph Street - 13th Floor
Chicago, Illinois  60601