IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 11 C 7052 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS ROBERT GARZA (#7871), ANTHONY AMATO (#8030), WILLIAM DAVIS (#21157), DELORES MYLES (#20242), BRIAN FORBERG (#21249), J. FOSTER (#20288), JAMES MICHAELS (#20317), TIM NOLAN (#20171), RONALD LEWIS (#20309), and OTHER AS-OF-YET UNKNOWN EMPLOYEES OF THE CITY OF CHICAGO, and MICHAEL KOPINA, | ) ) ) ) ) ) ) ) ) ) | JUDGE KENNELLY |
| Defendants. | ) | |

**CHICAGO DEFENDANTS' AGREED MOTION FOR ENTRY OF
AN AGREED ORDER TO DISMISS WITH LEAVE TO REINSTATE**

Defendants City of Chicago, Robert Garza, Anthony Amato, William Davis, Dolores Myles, Brian Forberg, John Foster, James Michaels, Timothy Nolan, and Ronnie Lewis, by their respective attorneys, move this Court for entry of an agreed order to dismiss this action with leave to reinstate. In support thereof, defendants state as follows:

1. On August 10, 2012, the Court held a continued settlement conference at which the parties to this action reached a settlement subject to documentation and necessary approvals. (See Docket entry #108, August 10, 2012).

2. Plaintiff's settlement with Defendants City of Chicago, Robert Garza, Anthony Amato, William Davis, Dolores Myles, Brian Forberg, John Foster, James Michaels, Timothy Nolan, and Ronnie Lewis ("the Chicago Defendants") is subject to approval by the Chicago City

Council.

3. In furtherance of the settlement, Plaintiff and the Chicago Defendants have executed a Release and Settlement Agreement and Stipulation to Dismiss. Pursuant to the Stipulation to Dismiss, this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order to Dismiss with Leave to Reinstate. (See Stipulation to Dismiss attached hereto).

4. In light of the foregoing, and in accordance with the terms of the Release and Settlement Agreement, the Chicago Defendants seek entry of an agreed order dismissing all of Plaintiff's claims against Defendants City of Chicago, Robert Garza, Anthony Amato, William Davis, Dolores Myles, Brian Forberg, John Foster, James Michaels, Timothy Nolan, and Ronnie Lewis, with leave to reinstate solely in the event that the Chicago City Council or its Finance Committee reject the settlement agreement, and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. (A copy of the proposed agreed order to dismiss with leave to reinstate is attached hereto).

5. Plaintiff has no objection to this motion and the proposed agreed order.

WHEREFORE, Defendants City of Chicago, Robert Garza, Anthony Amato, William Davis, Dolores Myles, Brian Forberg, John Foster, James Michaels, Timothy Nolan, and Ronnie Lewis, respectfully request this Court for entry of an agreed order to dismiss with leave to

reinstate, and for such other relief as the Court deems appropriate.

          Respectfully submitted,

          Stephen R. Patton
          Corporation Counsel
          City of Chicago

BY:  /s/ Megan McGrath
       MEGAN McGRATH
       Assistant Corporation Counsel
       Attorney for Defendant City of Chicago
       30 N. La Salle Street - Suite 900
       Chicago, Illinois 60602
       (312) 744-9212

BY:  /s/ Joseph M. Polick
       JOSEPH M. POLICK
       Chief Assistant Corporation Counsel
       Attorney for Defendants Garza, Amato,
       Davis, Myles, Forberg, Foster, Michaels,
       Nolan and Lewis
       30 N. La Salle Street - Suite 900
       Chicago, Illinois 60602
       (312) 744-8335