IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAURICE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 C 7052 |
| ) | |
| CITY OF CHICAGO, ET AL. ) | Judge Kennelly |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Maurice Patterson, by his attorney, Loevy & Loevy, and the Defendant, Michael Kopina, by his attorney, Lisa Madigan, Attorney General of Illinois, and hereby stipulate to the dismissal of all claims alleged against Defendant Michael Kopina in this case with prejudice. The Plaintiff and the Defendant agree as follows:

1. All claims alleged against Defendant Michael Kopina in this case shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_____
Julie Thompson
Counsel for Plaintiff
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607
(312) 247-5900

Date: 9-11-2012

_____
Marni M. Malowitz
Assistant Attorney General
Attorney for Defendant Michael Kopina
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3700

Date: 9/11/12